Douglas B. Thayer (Bar No. 8109)
Andy V. Wright (Bar No. 11071)
Cole L. Bingham (Bar No. 14131)
DURHAM JONES & PINEGAR, P.C.
3301 N. Thanksgiving Way, Suite 400
Lehi, Utah 84043
Telephone: (801) 375-6600
Facsimile: (801) 375.3865
Email: dthayer@djplaw.com
       awright@djplaw.com
       cbingham@djplaw.com

David Quinto (Bar No. 106232)
VIDANGEL, Inc.
3007 Franklin Canyon Dr.
Beverly Hills, CA 90210-1633
Telephone: (213) 604-1777
Email: dquinto@VidAngel.com (pro hac vice)

Ryan G. Baker (Cal. Bar No. 214036)
  rbaker@bakermarquart.com (pro hac vice)
Jaime W. Marquart (Cal. Bar No. 200344)
  jmarquart@bakermarquart.com (pro hac vice)
Scott M. Malzahn (Cal. Bar No. 229204)
  smalzahn@bakermarquart.com (pro hac vice)
Brian T. Grace (Cal. Bar No. 307826)
  bgrace@bakermarquart.com (pro hac vice)
BAKER MARQUART LLP
2029 Century Park East, Sixteenth Fl.
Los Angeles, California 90067
Telephone:    (424) 652-7800
Facsimile:    (424) 652-7850

*Attorneys for Plaintiff VidAngel, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| VIDANGEL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SULLIVAN ENTERTAINMENT, et al., <br><br> Defendants. | Case No. 2:17cv00989 DN <br><br> **REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT SULLIVAN ENTERTAINMENT GROUP, INC.** <br><br> The Hon. David Nuffer <br><br><br> Trial Date: None Set |

Plaintiff VidAngel ("**VidAngel**"), by and through its counsel, Jaime W. Marquart of and for the law firm of Baker Marquart LLP, hereby requests that the Clerk of the Court enter the default of Defendant Sullivan Entertainment Group, Inc. ("**Sullivan**") based upon its failure to plead or otherwise defend in connection with this action, Sullivan having been regularly served with process of the Summons and First Amended Complaint on September 27, 2017.  This Request is supported by the Declaration of Scott M. Malzahn filed contemporaneously herewith.

DATED this 9th day of March, 2018.

        BAKER MARQUART LLP

        /s/ Jaime W. Marquart
        Jaime W. Marquart
        *Attorneys for Plaintiff VidAngel, Inc.*